MHN

Cermak Hospital
Dr. C. Zawitz,

10 C 1186

On October 13, 2009 I was called over to Cermak to see Dr. J. Kapotas about my left knee. He order me to take a X-ray and gave me pain medication (motrin 800mg x 4wks), and order for me to go to therapy.

Then I was called back over to Cermak 12/7/09 and was seen by you. You order me to go to an outside hospital to have a MRI scan on my left knee because it constantly swells plus Naproxen 500mg for the pain, and re-submit me for therapy because I hadn't went when Dr. Kapotas put me in.

Today is February 11, 2010 Dr. Zawitz and I have not went to get the MRI scan nor have I been called for therapy, why? I haven't had any pain medication over a month now and my knee is still swelling! You told me you were going to call me back in 3-weeks to see if I needed stronger pain medication an yet you haven't! You also order for me to be fitted for a better knee brace which have yet to get done.

"Please Help"
Thank You

VanDaire Knox #2009-0058794
Div 9, 2-G

Dated: 2/11/10

FILED
MAR 18 2010 aew
3-18-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VanDaire Knox -vs- Cook County, et al.
Case #: 10 C 1186
Judge: Robert W. Gettleman
Magistrate Judge: Martin C. Ashman

Mr. Curcu,

My name is VanDaite Knox, and I'm writing you about a civil suit I filed against the Cook County Jail. My wife contacted you a couple of weeks ago informing you about this, which you told her to tell me to mail you my complaint. So here is the complaint for review and I hope that you can assit me with this an notify me on your decision.

Thank You
Sincerely,
VanDaite Knox #2009-0058794
VanDaite Knox

3/8/10

VanDaite Knox -vs- Cook County, et al.
Case #: 10 C 1186
Judge: Robert W. Gettleman
Magistrate: Martin C. Ashman

Joe Curcio Law Office
161 N. Clark St. Suite 2550
Chicago, Ill.

Gregory E. Kulis and Associates, LTD.
30 North LaSalle St. Suite 2140
Chicago, Ill. 60602

To Whom it may concern,

My name is VanDaite Knox, and I am seeking counsel for a Civil Rights complaint I filed against Cook County Jail. I am sending a copy of my complaint to review and I hope you can assist me with this matter.

Thank You

VanDaite Knox
VanDaite Knox #2009-0058794

VanDaite Knox -vs- Cook County, et al.
Case #: 10 C 1186
Judge: Robert W. Gettleman
Magistrate: Martin C. Ashman

# Certificate of Service

I, VanDaite Knox, swear under penalty of perjury that I served a copy of the attached document on Judge Robert W. Gettleman & Magistrate Judge Martin C. Ashman, by placing it in the mail at the Cook County Department of Correction on 3/8/10.

Sincerely Yours
VanDaite Knox

VanDaite Knox -vs- Cook County, et al.
Case # 10 C 1186
Judge: Robert W. Gettleman
Magistrate Judge: Martin C. Ashman