UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| VANDAIRE KNOX, ) | |
| ) | Case No.: 10-C-1186 |
| Plaintiff, ) | |
| ) | The Honorable Robert W. Gettleman |
| v. ) | |
| ) | |
| COOK COUNTY, THOMAS DART, DR. HART, ) | |
| LEONARD BERSKY and K. SIMS, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW**

The undersigned, Peter G. Skiko, hereby moves this Honorable Court for leave to withdraw as appointed counsel for Plaintiff, VANDAIRE KNOX. In support of this motion, Movant states follows:

1. On March 9, 2010, this Court appointed Movant to represent Plaintiff pursuant to his trial bar obligations under Local Rule 83.11(g) and 83.37.

2. According to Plaintiff's Complaint, he is asserting claims against the County of Cook, Cook County Sherriff Thomas Dart, Dr. K. Sims and other physicians and individuals who were, according to the complaint, "acting…as employee(s) of Cook County."

3. Upon information and belief, the present suit arises out of medical care Plaintiff received (or was deprived of) after he made complaints of pain in his left knee in or about the time period of May 2009 through December 2009. It appears Plaintiff is attempting to assert Section 1983 civil rights claims, claims of "maintaining unconstitutional policies", "recklessness, intentional infliction of pain and deliberate indifference", and may also wish to pursue medical

malpractice or general negligence claims against the existing Defendant(s) and perhaps additional, currently unknown individuals and/or entities.

4. On March 9, 2010, this court dismissed all named defendants other than Dr. K. Sims, who was sued in his individual capacity as an agent or employee of Cook County. Plaintiff has moved to reconsider its order dismissing the other named defendants.

5. Movant is a partner in the law firm of Swanson, Martin & Bell, LLP, who personally lists the County of Cook among his clients, having represented Cook County in several matters pending the Law Division of Cook County, including <u>Lichaw, et al. v. 69 West Washington Company, LLC</u> (the 69 West Washington Fire litigation), 03 L 12520; <u>Shelby, et al. v. Brooks v. County of Cook, et al</u>. 03 L 15233, consolidated with 05 L 3164; and <u>Smith v. County of Cook</u>, 08 L 2189. Movant has been retained frequently in the past to represent the County of Cook in litigation matters, and it is reasonably anticipated that he will be retained in the future to represent the County of Cook in other matters. In short, Movant and his law firm have a substantial, ongoing and long-standing business relationship with the County of Cook.

6. Further, Movant's law firm has a standing office policy which prohibits its attorneys from representing plaintiffs in suits against the health care community in health-related matters. Movant's law firm historically has represented many Illinois physicians and numerous Illinois health care institutions in medical malpractice litigation filed in state and federal courts. Because Movant's firm is so strongly identified with the defense of the health care community, it is believed that accepting the present assignment would be injurious to the firm's relationships with present clients.

7. For these reasons, Movant respectfully submits that he is ethically prohibited from representing Plaintiff in the present suit. Specifically, Rule 1.7 of the Illinois Rules of

Professional Conduct prohibits an attorney from representing a client "if the representation of that client will be directly adverse to another client." RPC Rule 1.7. Further, Rule 1.10 of the Illinois Rules of Professional Conduct provides:

> No lawyer associated with a firm shall represent a client when the lawyer knows or reasonably should know that another lawyer associated with that firm would be prohibited from doing so by Rules 1.7, 1.8(c), or 1.9….

8. Movant's signature below shall constitute his verification that the facts set forth in this motion are true and accurate.

WHEREFORE, Movant, Peter G. Skiko, respectfully requests the entry of an order granting him leave to withdraw as appointed counsel for Plaintiff, VANDAIRE KNOX, and for any further or different relief this Court deems just and appropriate under the circumstances.

Respectfully submitted,

By: /s/ Peter G. Skiko
Peter G. Skiko
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Avenue
Suite 3300
Chicago, Illinois 60611
(312) 321-9100
ARDC No. 6210089