# Exhibit A

Part-A / Control # 2009 X 1592

Referred To: Cermak

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: KNOX  First Name: VanDaire

ID #: 2009-0058794   Div.: 9   Living Unit: C-1   Date: 9/7/09

BRIEF SUMMARY OF THE COMPLAINT: I Knox Vandaire came to Cook County Jail September 3, 09 from Stateville Correctional Center. During processing I had to see a doctor because I have asthma, seizures and I wear a knee brace & back supporter. The doctor that called me was Kevin Simms who ask me what type of medications I take for my seizures in which I said Dilantin 500 mg. Mr. Simms yelled stating "that's impossible you'll be dead get out"!

Now after he put me out I was not allow to see another doctor nor did I receive any medicine for my seizures or knee & back pains that night.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

ACTION THAT YOU ARE REQUESTING:

**DETAINEE SIGNATURE:**

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 9/11/09

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# Exhibit B

Part – B / Control # 2009 X 1842

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Kirk First Name: Vancline ID# 2009-0055794

Is This Grievance An **Emergency**? YES ☐ NO ☑

C.R.W.'S Summary Of The Complaint: Detainee alleges unprofessional conduct by medical staff

C.R.W. Referred Griev. To: Cermak Date Referred: 9/11/09

Response Statement: Referred to Medical Director

_____ _____ Date: 9/11/09 Div./Dept. C/S
C. Smith
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

W. Thomas _____ #28 Date: 15/Sep/09 Div./Dept. IX
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

J. Mueller _____ Date: 9/11/09
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 9/15/09   Detainee Signature: _____

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: 9/18/09

Detainee's Basis For An Appeal: Referred to Medical Director does not make this action better!

Appeal Board's Acceptance Of Detainee's Request: YES ☐ NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
Per CMS Admin, there is an active investigation at this time

Appeal Board's Signatures / Dates: _____ V. Alfandy 12/4/09

Appeal Board / Supt.'s Response: ___/___/___  Detainee Signature: _____

**DETAINEE COPY**

GRIEVANCE CODE(S): (___) (___) (___) (___)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# Exhibit C

Part-A / Control #: 2009x 2589

Referred To: CERMAK

Emergency Grievance!
This is not a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Knox  First Name: Vandaite

ID #: 2009-0058794  Div.: 9  Living Unit: 2-G  Date: 11/30/09

BRIEF SUMMARY OF THE COMPLAINT: On 10/13/09, I Knox, Vandaite was called over to Cermak to see the bone doctor about my left knee. He took x-rays of my knee, an order for me to be in therapy, and to keep my personal shoes for support for my knee. Today is 11/30/09, 47 days after he put me in, I have yet to go to therapy or see the doctor again about the pain I'm having in my knee!

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: The doctor in Cermak who put me in for therapy.

ACTION THAT YOU ARE REQUESTING: To go to therapy!

DETAINEE SIGNATURE: [signature]

C.R.W.'s SIGNATURE: Roy [signature]  DATE C.R.W. RECEIVED: 12/10/09

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# Exhibit D

Part – B / Control #: 2009X2589

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: **KNOX**     First Name: **VANDAIRE**     ID#: **20090058794**

Is This Grievance An **Emergency**?     YES ☐     NO ☑

C.R.W.'S Summary Of The Complaint: **Detainee alleges lack of medical treatment**

C.R.W. Referred Griev. To: **Cermak**     Date Referred: **12/10/09**

Response Statement: **Referred to Div. Physician**

(print - name of individual responding to this griev.) **C. Smith**     Date: **12/15/09**     Div./Dept. **CK**

(print - name of Supt. / Designee / Dept. Admin.) **Lt. D. Grochowski**     Date: **22 Dec 09**     Div./Dept. **Div 9**

(print - name of Prog. Serv. Admin./ Asst. Admin.) **J. Mueller**     Date: **12/15/09**

Date Detainee Received Response: **12/22/09**     Detainee Signature: X

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: **12/22/09**

Detainee's Basis For An Appeal: **I still haven't been to therapy yet as of today 12/22/09**

Appeal Board's Acceptance Of Detainee's Request:     YES ☐     NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: ___/___/___     Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# Exhibit E

MHN

Cermak Hospital
Dr. C. Zawitz,

10 C 1186

On October 13, 2009 I was called over to Cermak to see Dr. J. Kapotas about my left knee. He order me to take a X-ray and gave me pain medication (motrin 800mg x 4wks), and order for me to go to therapy.

Then I was called back over to Cermak 12/7/09 and was seen by you. You order me to go to an outside hospital to have a MRI scan on my left knee because it constantly swells plus Naproxen 500mg for the pain, and re-submit me for therapy because I hadn't went when Dr. Kapotas put me in.

Today is February 11, 2010 Dr. Zawitz and I have not went to get the MRI scan nor have I been called for therapy, why? I haven't had any pain medication over a month now and my knee is still swelling! You told me you were going to call me back in 3-weeks to see if I needed stronger pain medication an yet you haven't! You also order for me to be fitted for a better knee brace which have yet to get done.

"Please Help"
Thank You

VanDaire Knox #2009-0058794
Div 9, 2-G

Dated: 2/11/10

FILED
MAR 18 2010 aew
3-18-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VanDaire Knox -vs- Cook County, et al.
Case #: 10 C 1186
Judge: Robert W. Gettleman
Magistrate Judge: Martin C. Ashman