AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

VANDAIRE KNOX

V.

KEVIN E. SIMS, in his individual capacity,
COOK COUNTY SHERIFF, a local government
body, and COOK COUNTY, a municipality

CASE NUMBER: 10 CV 1186

ASSIGNED JUDGE: ROBERT W. GETTLEMAN

DESIGNATED
MAGISTRATE JUDGE: MARTIN C. ASHMAN

TO: (Name and address of Defendant)

Cook County Clerk
c/o David Orr
50 West Washington Street, Suite 500
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelly McCloskey Cherf
Hogan Marren, Ltd.
180 North Wacker Drive, Suite 600
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

July 19, 2010

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 21, 2010 |
| NAME OF SERVER *(PRINT)* Jerry Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: <u>Cook County Clerk c/o David Orr. Service was made on Celia Harris at 69 W. Washington St., Chicago, Il. at 10:25a.m.</u>

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>July 21, 2010</u>
        Date

Signature of Server: *Jerry Brown*

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.