AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

VANDAIRE KNOX

|  |  |
|---|---|
| | CASE NUMBER:     10 CV 1186 |
| V. | ASSIGNED JUDGE:     ROBERT W. GETTLEMAN |
| KEVIN E. SIMS, in his individual capacity, COOK COUNTY SHERIFF, a local government body, and COOK COUNTY, a municipality | DESIGNATED MAGISTRATE JUDGE:     MARTIN C. ASHMAN |

TO: (Name and address of Defendant)

Kevin E. Sims
5527 South Natomas Avenue
Chicago, Illinois 60638

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelly McCloskey Cherf
Hogan Marren, Ltd.
180 North Wacker Drive
Suite 600
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
on.

**Michael W. Dobbins, Clerk**



---
**(By) DEPUTY CLERK**

**July 14, 2010**

---
Date

10 CV 1186

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE July 24, 2010 |
|---|---|
| NAME OF SERVER *(PRINT)* Jerry Brown | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Service was made on Lillybell Arroyo-Sims at 5527 S. Natoma, Chicago, Il. at 10:40a.m.

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 24, 2010
Date

Signature of Server

9030 Lamon, Skokie, Il. 60077
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.