**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VANDAIRE KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 1186 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| KEVIN E. SIMS, in his individual capacity, | ) | |
| COOK COUNTY SHERIFF, a local government | ) | Magistrate Judge |
| body, and COOK COUNTY, a municipality, | ) | Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, COOK COUNTY SHERIFF, by its attorney Anita Alvarez, through her assistant, Scott Nehls, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), moves for an extension of time to answer or otherwise plead, stating the following in support:

1. Plaintiff filed the instant Complaint on July 9, 2010. Defendant, Cook County Sheriff, was served with the Complaint on July 21, 2010.

2. This Honorable Court has ordered the Defendant to answer or otherwise plead by August 11, 2010.

3. The Cook County State's Attorney's Office was recently requested to represent several defendants in this case. The representation of Defendant, Cook County Sheriff, was thereafter assigned to Assistant State's Attorney Scott Nehls on July 29, 2010.

4. Above counsel requires the opportunity to review additional documents relative to the Plaintiff's claims in order to properly answer or otherwise plead. These documents have

been ordered, however, said documents are not likely to be received by undersigned counsel for at least 30 days.

5. This is the first request for an extension of time that has been filed by Defendant.

6. The Plaintiff will not be prejudiced if the Defendant's Motion is granted.

WHEREFORE, the Defendant requests that this Honorable Court grant the following relief:

1. An extension of 45 days, until September 20, 2010, for Defendant to answer or otherwise plead.

2. Any other relief this Honorable Court deems necessary and just.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By:   */s/ Scott Nehls*
      Scott A. Nehls
      Assistant State's Attorney
      Torts/Civil Rights Litigation Section
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-3473