**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VANDAIRE KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | 10 C 1186 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert W. Gettleman |
| KEVIN E. SIMS, in his individual capacity, | ) | |
| COOK COUNTY SHERIFF, a local government | ) | Magistrate Judge |
| Body, and COOK COUNTY, a municipality, | ) | Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Kelly McCloskey Cherf
     Hogan Marren, Ltd.
     180 North Wacker Drive
     Suite 600
     Chicago, Illinois  60606

**PLEASE TAKE NOTICE** that on August 5, 2010 at 9:15 a.m., I shall appear before the Honorable Judge Robert Gettleman in the courtroom usually occupied by him in room 1419 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead.**

                                                ANITA ALVAREZ
                                                State's Attorney of Cook County

By:  */s/ Scott Nehls*
      Scott A. Nehls
      Assistant State's Attorney
      Torts/Civil Rights Litigation Section
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-3473

**CERTIFICATE OF SERVICE**

      SCOTT NEHLS hereby certifies that, in accordance with Fed. R. Civ. P. 5. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the Defendant's *Motion for Extension of Time to Answer or Otherwise Plead* was served pursuant to the District Court's ECF system as to ECF filers together with any documents referenced therein on July 30, 2010 at or before 5:00 P.M.

                                                */s/ Scott Nehls*
                                                Scott Nehls