IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VANDAIRE KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 CV 1186 |
| | ) | |
| v. | ) | Judge: Robert W. Gettleman |
| | ) | |
| KEVIN E. SIMS, the COOK COUNTY SHERIFF, and COOK COUNTY | ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION BY KEVIN E. SIMS AND COOK COUNTY FOR
ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants, KEVIN E. SIMS and COOK COUNTY, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, by her assistant, PATRICK SMITH, and, pursuant to Federal Rule of Civil Procedure 6(b), move this Court to extend the time required to answer, or otherwise plead, and state as follows:

1. That Defendant Kevin E. Sims was served on July 24, 2010.

2. That Defendant Cook County was served on July 21, 2010.

3. That Defendants Sims and Cook County are represented in this matter by Assistant State's Attorney Patrick Smith of the Conflicts Counsel Unit of the Cook County State's Attorney's Office.

4. That ASA Smith will be out of the office the week of August 2, 2010.

5. That certain documents will need to be requested from the Cook County Sheriff's Office and other government agencies that are not represented by ASA Smith in this case. These documents are necessary to prepare a proper answer or other pleading to Plaintiff's Amended Complaint. It is the experience of ASA Smith that similar requests generally

      take three to four weeks, and sometimes longer, to complete.

6. That this is the first request for an extension of time that has been filed by these Defendants.

7. That the Plaintiff will not be prejudiced if the Defendants' Motion is granted.

8. That undersigned counsel respectfully requests that the deadlines to answer or otherwise plead be extended by 45 days from the presentment of this motion for Defendants Sims and Cook County.

**WHEREFORE DEFENDANTS SIMS AND COOK COUNTY PRAY:**

1. That this Honorable Court grant an extension of time until September 20, 2010 for Defendants Sims and Cook County to answer or otherwise plead.

2. That this Honorable Court grants any other relief it deems just.

      Respectfully Submitted,

      ANITA ALVAREZ
      State's Attorney of Cook County

By:  /s/ Patrick S. Smith
      Patrick S. Smith
      Deputy Supervisor
      Conflicts Counsel Unit
      69 W. Washington, 20th Flr.
      Chicago, Il 60602
      (312) 603-1422