**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VANDAIRE KNOX, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 CV 1186 |
| | ) | |
| v. | ) | Judge: Robert W. Gettleman |
| | ) | |
| KEVIN E. SIMS, the COOK COUNTY SHERIFF, and COOK COUNTY | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION BY KEVIN E. SIMS AND COOK COUNTY TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, TO BIFURCATE *MONELL* CLAIMS

**NOW COME** Defendants KEVIN E. SIMS and COOK COUNTY, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, by her assistant, PATRICK SMITH, and, pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss Plaintiff's Amended Complaint for failure to state claims against them upon which relief can be granted. In the alternative, Defendants move this Court to bifurcate and stay discovery on Plaintiff's *Monell* claim against Cook County.

A Memorandum of Law in support of this motion is hereto attached.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

/s/ Patrick S. Smith
Patrick S. Smith
Deputy Supervisor
Conflicts Counsel Unit
69 W. Washington, 20th floor
Chicago, Il 60602
(312) 603-1422