**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VANDAIRE KNOX, ) | |
| ) | |
| Plaintiff, ) | No. 10 CV 1186 |
| ) | |
| v. ) | Judge: Robert W. Gettleman |
| ) | |
| KEVIN E. SIMS, the COOK COUNTY ) | |
| SHERIFF, and COOK COUNTY ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: Kelly McCloskey Cherf            Scott Nehls
    Hogan Marren, Ltd.                Cook County State's Attorney's Office
    180 N. Wacker Dr., Suite 600      500 Richard J. Daley Center
    Chicago, IL 60606                 Chicago, IL 60602

**PLEASE TAKE NOTICE that on** September 23, 2010 at 9:15 a.m., I shall appear before the Honorable Judge Gettleman in Room 1419 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Motion by Kevin E. Sims and Cook County to dismiss Plaintiff's Amended Complaint, or, in the alternative, to bifurcate** *Monell* **claims**.

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Patrick S. Smith
    Patrick S. Smith
    Deputy Supervisor
    Conflicts Counsel
    69 W. Washington, Suite 2030
    Chicago, Illinois 60602
    (312) 603-1422

CERTIFICATE OF SERVICE

I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on September 20, 2010 via the court's CM/ECF system.

/s/ Patrick S. Smith
Patrick S. Smith