Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ROBERT W. GETTLEMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 1186 (App. No. 11-1392) | **DATE** | 5/31/2011 |
| **CASE TITLE** | Vandaire Knox (#2009-0058794) vs. Cook County, et al. | | |

**DOCKET ENTRY TEXT:**

The trust fund officer at the plaintiff's place of confinement is authorized and ordered to make deductions and payments as set forth herein. The clerk is directed to send copies of this order to: (1) the Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Illinois 60608 and (2) the PLRA Attorney, U.S. Court of Appeals for the Seventh Circuit.

■ [**For further details see text below.**]   **Docketing to mail notices.**

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, the county and a jail physician, violated the plaintiff's constitutional rights by acting with deliberate indifference to his knee problems. an injured knee.

By Memorandum Opinion and Order of January 13, 2011, the court granted the defendants' motion to dismiss the complaint for failure to state a claim. The plaintiff filed a timely notice of appeal, and on May 6, 2011, the court granted the plaintiff's motion for leave to appeal *in forma pauperis*. However, the court neglected to order installment payments, as required by the Prison Litigation Reform Act.

Pursuant to 28 U.S.C. § 1915(b)(1), assesses the plaintiff an initial partial filing fee of $11.70. The supervisor of inmate trust accounts at the Cook County Jail is authorized and ordered to collect, when funds exist, the partial filing fee from the plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer at the correctional facility where the plaintiff is confined is directed to collect monthly payments from the plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the plaintiff's trust fund account shall be forwarded to the clerk of court each time the amount in the account exceeds $10 until **(CONTINUED)**

mjm

**STATEMENT (continued)**

the full $455 appellate docketing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify the plaintiff's name and the case number assigned to this action. These deductions and payments shall be in addition to any other deductions and payments previously ordered by this or any other court with respect to this or any other action. This payment obligation will follow the plaintiff wherever he may be transferred.

The clerk is directed to send copies of this order to the trust fund officer at the Cook County Jail, as well as the PLRA Attorney, United States Court of Appeals for the Seventh Circuit.