# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 21, 2011

*By the Court:*

| | |
|---|---|
| No.: 11-1392 | VANDAIRE KNOX, Plaintiff - Appellant<br><br>v.<br><br>COOK COUNTY, et al., Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-01186<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

The following is before the court: **RESPONSE**, filed on July 21, 2011, by the pro se appellant.

**IT IS ORDERED** that the appellant shall pay the initial partial filing fee by August 5, 2011. Failure to comply with this order may result in the dismissal of this appeal.


form name: **c7_Order_BTC**(form ID: **178**)